UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**DEMETRICK JOHNSON #412747**           **CASE NO. 2:22-CV-06201**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**GOTT RHAME ET AL**                    **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' Motion for Summary Judgment [doc. 22] be **GRANTED**, that plaintiff's federal claims under 42 U.S.C. § 1983 be **DISMISSED WITH PREJUDICE**, and that his state law claims be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in chambers this 26th day of February, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE